IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROHAN KIRK WHITE,                        :
                                         :
          Petitioner                     :
                                         :
     v.                                  :     CIVIL NO. 4:CV-13-1073
                                         :
THOMAS DECKER, ET AL.,                   :     (Judge Brann)
                                         :
          Respondents                    :

## ORDER

May 31, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

1.    Petitioner is granted leave to proceed in forma pauperis for the

      sole purpose of the filing of this action.

2.    The petition for writ of habeas corpus to the extent it

      challenges White's ongoing detention is construed as a request

1

for release under 8 C.F.R. § 241.13. The ICE shall respond to the request as mandated under said regulations.

3. Petitioner's challenge to his ongoing detention, having been referred to ICE for disposition under its existing review procedures, is hereby **DISMISSED WITHOUT PREJUDICE.**

4. The Clerk of Court is directed to serve a copy of the Petition (Doc. 1) and this Order on Respondents.

5. The Clerk of Court is directed to **CLOSE** the case.

6. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

       s/Matthew W. Brann
      Matthew W. Brann
      United States District Judge